254 So.2d 467

**STATE of Louisiana ex rel.**
**Tom MARTIN**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 51933.

Nov. 30, 1971.

In re: Tom Martin applying for writ of habeas corpus.

Writ denied. The minutes effectively show that relator *stated* he wished to plead guilty to "murder without capital punishment" and that he did so knowingly and voluntarily.